**No. 49284.**—Protests 535684–G, etc., of M. S. Levy & Sons, Inc. (Baltimore).

Opinion by TILSON, J. The record showed that certain of the items in question consist of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the protests were sustained as to this item.

**No. 49285.**—Protest 106567–K of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats the same in all material respects as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the record in which case was incorporated herein. In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

**No. 49286.**—Protests 64371–K, etc., of Asheville Mica Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49287.**—Protests 94301–K, etc., of Thorens, Inc., et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 24, 1944

**No. 49288.**— Protest 48640–K of Ti Hang Lung & Co. (San Francisco).

Opinion by CLINE, J. The only witness was the United States examiner who testified that the merchandise was "just dry frog; whole frogs, dried." The court was of the opinion from a review of decisions that the collector's classification was incorrect inasmuch as the court has held that frogs are not meats (*Pacific Trading Co.* v. *United States*, 8 Cust. Ct. 221, C. D. 610) and no decision relating to dried frogs had come to its attention. The evidence was further held not sufficient to show that dried frogs are raw or unmanufactured articles and it was assumed, therefore, that labor was used in the drying process. On the record presented the merchandise was held dutiable as nonenumerated manufactured articles at 20 percent under paragraph 1558. That claim was therefore sustained. *Ingersoll* v. *United States* (T. D. 11566), Abstract 5410 (old series), *Pacific Trading Co.* v. *United States* (4 Cust. Ct. 251, C. D. 335), and *United States* v. *Kagawa* (5 Ct. Cust. Appls. 388, T. D. 34934) cited.